**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

JOHN ALLEN ANDERSON,
Petitioner,

vs. Case No.: 3:11cv210/MCR/EMT

KENNETH S. TUCKER,
Respondent.
_________________________________/

# O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated August 30, 2012. (Doc. 28). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No timely objections have been filed.

Having considered the Report and Recommendation, and the record, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Respondent's motion to dismiss (doc. 24) is **GRANTED**.

3. The petition for writ of habeas corpus (doc. 1) is **DISMISSED with prejudice** as untimely.

4. A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 5th day of October, 2012.

s/ *M. Casey Rodgers*

**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**